## GLASSCOCK *v.* BOYER.

JUSTICE OF THE PEACE.—*Appeal.*—A judgment was rendered by a justice of the peace on the 16th of December, and the defendant filed an appeal bond which was approved by the justice on the 15th of January following, and the transcript and appeal bond were filed in the circuit court on the 29th of the same month.

*Held*, that the appeal was perfected within the required time.

From the Warren Circuit Court.

The Indianapolis, etc., R. R. Co. v. Milligan.

*M. Milford,* for appellant.

WORDEN, J.—Boyer sued Glasscock before a justice of the peace, and such proceedings were had in the action as that, on December 16th, 1873, the justice rendered judgment in favor of Boyer, against Glasscock, for something over forty-seven dollars and costs. This judgment was duly entered and signed by the justice. Glasscock filed an appeal bond with the justice, with surety, in the sum of two hundred and twenty-five dollars, and the justice approved the bond January 15th, 1874. The transcript from the justice and the appeal bond were filed in the court below January 29th, 1874.

At the February term, 1874, of the court below, the cause was continued, and at the April term of that year, on motion of Boyer, the appeal was dismissed, and Glasscock excepted. He appeals to this court.

The record does not inform us on what ground the appeal was dismissed, nor is any brief filed by the appellee showing the ground on which it was supposed that the appeal was imperfect. The appeal, it seems to us, was properly perfected, and within the time required, and we perceive no ground for dismissing it.

The judgment below is reversed, with costs, and the cause remanded for further proceedings.